In the Matter of WILLIAM H. CORDES, Appellant, against JAMES
G. MOORE et al., Constituting the Board of Zoning Appeals of
the Incorporated Village of Garden City, Respondents.

Argued January 3, 1955; decided January 20, 1955.

*Ferdinand I. Haber* and *Joseph H. Wackerman* for appellant. *George L. Hubbell, Jr.,* and *Edward J. Walsh, Jr.,* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.